**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:  Renardo Harvey ) | |
| ) | Case No:  16 B 09784 |
| ) | Judge:    Goldgar |
| ) | Chapter   13 |
| Debtor ) | |

## NOTICE OF MOTION

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604
**Trustee:** Marilyn O. Marshall, 224 S. Michigan Ste. 800, Chicago, IL 60604
**and served upon the following parties via U.S. Mail:**
**Debtor**: Renardo Harvey, 6852 S. Normal, Apt#1E, Chicago, IL 60621
**See Attached Service List**

   PLEASE TAKE NOTICE that on August 27, 2019 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Goldgar, or any other Bankruptcy Judge presiding in his place in Courtroom 642 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached Motion to Modify Plan, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

   I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Dr., Chicago, IL 60606, before 6:00 p.m. on or before August 6, 2019.

   _____/s/ Angelica Harb_____
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 16-09784<br>Northern District of Illinois<br>Eastern Division<br>Tue Aug  6 17:36:13 CDT 2019 | Total Finance AC LLC<br>2900 W. Irving Park Road<br>Chicago, IL 60618-3562 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| City of Chicago<br>Dept of Finance<br>PO Box 88292<br>Chicago, IL 60680-1292 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C.<br>111 W. Jackson Blvd Ste.600<br>Chicago IL. 60604-3517 | Debt Recovery Solution<br>Attention:  Bankruptcy<br>900 Merchants Concourse Ste Ll11<br>Westbury, NY 11590-5121 |
| ER Solutions/Convergent Outsourcing, INC<br>Po Box 9004<br>Renton, WA 98057-9004 | Go Financial<br>7465 E Hampton Ave<br>Mesa, AZ 85209-3328 | Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| (p)TOTAL FINANCE AC LLC<br>3400 N PULASKI ROAD<br>CHICAGO IL 60641-4023 | Total Finance AC, LLC<br>3400 North Pulaski Road<br>Chicago, Illinois 60641-4023 | Ttl Fin Ac<br>2900 West Irving P<br>Chicago, IL 60618 |
| U S Dept Of Ed/fisl/at<br>Attn: Bankruptcy<br>61 Forsythe St Room 19t89<br>Atlanta, GA 30303-8928 | U.S. DEPARTMENT OF EDUCATION<br>PO BOX 16448<br>St. Paul, MN 55116-0448 | Us Dept Of Education<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN 55116-0448 |
| Jason Blust<br>Law Office of Jason Blust, LLC<br>211 W. Wacker Drive<br>Ste. 300<br>Chicago, IL 60606-1390 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Michelle K Hinds<br>Hinds Law LLC<br>211 W. Wacker Drive<br>Ste. 321<br>Chicago, IL 60606-1217 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Renardo C Harvey<br>3400 N Pulaski Rd<br>Chicago, IL 60641-4023 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Total Finance<br>3015 West Irving Park Road<br>Chicago, IL 60618 | End of Label Matrix<br>Mailable recipients    19<br>Bypassed recipients     0<br>Total                  19 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:  Renardo Harvey ) | |
| ) | Case No:  16 B 09784 |
| ) | Judge:     Goldgar |
| ) | Chapter   13 |
| Debtor ) | |

## MOTION TO MODIFY PLAN

Now comes Renardo Harvey (hereinafter referred to as "Debtor"), by and through his attorneys, and moves this Honorable Court for entry of an Order Modifying Plan, pursuant to section 1329 of the bankruptcy code, and in support thereof, respectfully represents as follows:

1. On March 22, 2016, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court confirmed the Debtor's Chapter 13 plan on May 17 2016.  The confirmed plan called for payments of $320.00 for 60 months, paying unsecured creditors 6% on their claims.

3. The Debtor filed his 2018 tax return and expects a refund of $899.00. Debtor's counsel E-mailed a copy of the 2018 tax return to the Trustee's office on August 1, 2019. The trustee's office now allows debtors to retain $1200.00 of their tax refund. The Debtor has not yet received his refund of $899.00 since his taxes were filed a few weeks late. The Debtor is expected to receive less than the allotted $1200.00 refund amount, and so he is requesting to keep the refund in full of $899.00. Debtor intends to use his refund to pay a portion to his tax preparer and the remaining on back rent owed.

4. The Debtor respectfully requests to keep his tax refund in the amount of $899.00. Debtor requests to amend section G of the Chapter 13 plan to state, "On or

before April 20th, 2019 and each year thereafter, the Debtor shall submit a copy of the prior year's filed federal tax return to the Chapter 13 Trustee. The Debtor shall tender the amount of any tax refund received while the case is pending in excess of $1200.00 to the Trustee. The tax refunds shall be treated as additional payments into the plan and must be submitted within 7 days of receipt of each such refunds by the Debtor."

**WHEREFORE**, Debtor prays that this Honorable Court enter an Order for the following relief:

1. Permitting the Debtor to keep his 2018 refund;
2. Amending Section G of the plan to add tax return and refund language; and
3. For such other relief as this Court deems proper under the circumstances.

Respectfully submitted,

_____/s/ Angelica Harb
Angelica M. Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001